ROBERT W. ALDRICH RODGER, Respondent, v. EMIGRANT INDUSTRIAL SAVINGS BANK and Others, Defendants, Impleaded with PRUDENTIAL INSURANCE COMPANY OF AMERICA and UNION CENTRAL LIFE INSURANCE COMPANY, Appellants.— Orders unanimously affirmed, each with ten dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ETHEL SLOBODY, Appellant, v. ABRAHAM LEES, Respondent.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the plaintiff established a *prima facie* case. It was error, therefore, to dismiss the complaint. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ISIDORE RABINOWITZ, Doing Business under the Firm Name and Style of EARLE DISPLAY FIXTURE Co., Respondent, v. JOHN J. ABRAMSEN Co., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID ETTINGER and LOUIS WEINSTEIN, Appellants.— Judgment unanimously reversed, the information dismissed and the fines remitted. The guilt of the defendants is not established beyond a reasonable doubt. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

YSABEL DE BLANCO FOMBONA and ANTONIO ARANGUREN, Respondents, v. CREOLE PETROLEUM CORPORATION, Appellant, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within twenty days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LAWRENCE LIPKIN, Respondent, v. MACK LESTER, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to serve an amended answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CITY BANK FARMERS TRUST COMPANY (Formerly Known as THE FARMERS' LOAN AND TRUST COMPANY), as Trustee under an Agreement Dated January 7, 1918, Made by WILLIS TRACY HANSON, v. WILLIS TRACY HANSON, JR., and Others, Impleaded with GEORGE FULFORD HANSON, JR., and Others.— Motion for resettlement of order of this court entered November 7, 1941 [*ante*, p. 701], granted to the extent stated in order. Present — O'Malley, Townley, Cohn and Callahan, JJ.